# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| NORMA EGAN, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>      v.<br><br>CUEBIQ INC.,<br><br>              Defendant. | Civil Action No.: 1:23-cv-11650 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Norma Egan hereby dismisses without prejudice all claims against Defendant Cuebiq, Inc.

Dated:  August 18, 2023                         */s/ Joel D. Smith*
                                                                Joel D. Smith

**BURSOR & FISHER, P.A.**
Joel D. Smith (BBO 712418)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email: jsmith@bursor.com